IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES FENNELL,

   Plaintiff,

   v.

CITY OF PORTERDALE,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2312-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending dismissing the action without prejudice for failure to effectuate service. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge